UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JORGE VILLALOBOS and CINDY MARTINEZ,

                Plaintiffs,

       -against-

CAPTAIN SMITH, CAPTAIN OLOGUN,
DEPUTY WARDEN SHARLISA WALKER,
OFFICER SMALL, CITY OF NEW YORK, and
JOHN AND JANE DOE 1-10,

                Defendants.

------------------------------------------------------------x

20-cv-9736 (PKC)

ORDER

CASTEL, U.S.D.J.

        The Initial Pretrial Conference in this case is continued to June 9, 2022 at 2:00 p.m.  The conference will be held telephonically.  Dial-In: (888) 363-4749, Access Code: 3667981.

        SO ORDERED.

                        _____
                            P. Kevin Castel
                       United States District Judge

Dated:  New York, New York
       May 18, 2022