UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JORGE VILLALOBOS and CINDY MARTINEZ,

                       Plaintiffs,                    20-cv-9736 (PKC)

       -against-                              ORDER

CAPTAIN SMITH, CAPTAIN OLOGUN,
DEPUTY WARDEN SHARLISA WALKER,
OFFICER SMALL, and CITY OF NEW YORK,

                       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In light of the pending motion for reconsideration of the Court's Opinion and Order of May 16, 2022 (Doc 53), the Initial Pretrial Conference scheduled for June 16, 2022 at 3:00 p.m. is adjourned to July 25, 2022 at 1:00 p.m.  The conference will be held telephonically.  Dial-In: (888) 363-4749, Access Code: 3667981.  The parties are directed to consult the undersigned's Individual Practices available on the Court's website, including the practices regarding a Proposed Case Management Plan and Scheduling Order.

        SO ORDERED.

                                                P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       June 14, 2022