

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
**100 CHURCH STREET**
**NEW YORK, NY 10007**

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-356-2355*
sscharfs@law.nyc.gov

May 24, 2023

Honorable Valerie Figueredo *(by ECF)*
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re: <u>Villalobos, et al. v. Smith, et al.</u>, 20 CV 9736 (PKC)

Dear Magistrate Judge Figueredo:

  I am an attorney in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for defendants Oladapo Ologun, Sharlisa Walker, Durrell Smalls, and City of New York in this action.  I write on consent of all parties to request an adjournment of the continued settlement conference now set for June 22, 2023, at 2:15 p.m.

  The reason for this request is a scheduling conflict with a commitment in another pending litigation.  I have conferred with counsel for all parties, and learned that all of the necessary parties are available on the following dates:  the afternoon of June 28, July 6, July 12, and July 13.

  I therefore ask that the Court reschedule the conference for one of the proposed alternative dates set forth above or another date thereafter that is convenient for the Court.  No previous request for an adjournment of the conference has been made by any party.

  Thank you for your consideration herein.

            Respectfully submitted,

            /s/ Susan P. Scharfstein

            Susan P. Scharfstein

---

Application Granted

*/s/ Valerie Figueredo, U.S.M.J.*
DATED: May 30, 2023

The continued settlement conference scheduled for June 22, 2023 is rescheduled for July 13, 2022 at 2:15 p.m. All the other information pertaining to the conference remains the same. The Clerk of Court is directed to terminate the motion at ECF No. 79.

- 2 -

cc:     Counsel of record *(by ECF)*

Case 1:20-cv-09736-PKC   Document 82   Filed 05/30/23   Page 2 of 2

- 2 -

cc:     Counsel of record *(by ECF)*