# THE JACOB D. FUCHSBERG LAW FIRM, LLP
**3 PARK AVENUE, SUITE 3700**
**NEW YORK, NEW YORK 10016**
TEL: (212) 869-3500
FAX: (212) 398-1532
www.fuchsberg.com

| | | |
|---|---|---|
| ALAN L. FUCHSBERG<br>BRADLEY S. ZIMMERMAN<br>ELI A. FUCHSBERG* <br>_____<br><br>KEITH H. GROSS<br>JOSEPH LANNI*<br>SHANNON MONTGOMERY<br>CHRISTOPHER NYBERG†<br>WALTER OSUNA*<br>NEAL BHUSHAN*<br>JAEHYUN OH*<br>ILANA WOLK*<br>_____<br><br>RIKKI B. DASCAL<br>CELENA GONZALEZ<br>HARDEEP SHERGILL<br>KEVIN LEE<br>_____ | | JACOB D. FUCHSBERG<br>(1913-1995)<br>_____<br><br>ROSALIND FUCHSBERG KAUFMAN<br>COUNSEL EMERITUS<br><br>KATHLEEN KETTLES<br>ANTHONY PAGAN<br>OF COUNSEL |

*ALSO ADMITTED IN NEW JERSEY

> **Application Granted**
> *Valerie Figueredo, U.S.M.J.*
> DATED: June 15, 2023
>
> The conference scheduled for July 13, 2023 is canceled. The alternate dates proposed do not work with the Court's schedule, therefore the parties are directed to meet and confer and propose new dates. The Clerk of Court is directed to terminate the motion at ECF No. 83.

June 14, 2023

VIA ECF
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Villalobos, et al. v. Captain Smith, et al., 1:20-cv-9736 (PKC)**

Dear Judge Figueredo:

    This office represents Plaintiffs Jorge Villalobos and Cindy Martinez in the above-referenced matter. I write on consent of all parties to respectfully request an adjournment of the continued settlement conference, currently scheduled for July 13, 2023 at 2:15pm.

    The reason for this request is that I now have a scheduling conflict that I cannot resolve. Upon conferring with counsel for all parties, I have learned that all parties are available on July 21, 2023 if Your Honor is available. In the alternative, the parties are also available on August 15, August 16, and August 17.

    I sincerely apologize for the conflict and request Your Honor to kindly reschedule the conference to one of the proposed alternative dates as set forth above. Parties have made one joint request for an adjournment of this conference.

    Thank you for your consideration herein.

1

Respectfully submitted,

*/s/ Jaehyun Oh*
Jaehyun Oh
The Jacob D. Fuchsberg Law Firm, LLP
*Attorneys for Plaintiffs*
3 Park Avenue, 37th Floor
New York, New York 10016
(212) 869-3500, ext. 245
j.oh@fuchsberg.com

cc (via ECF):

Susan P. Scharfstein, Esq.
The City of New York Law Department
100 Church Street
New York, New York 10007
(212) 356-2355
sscharfs@law.nyc.gov

James G. Frankie, Esq.
Frankie & Gentile, P.C.
1527 Franklin Ave., Ste. 104
Mineola, NY 11501
(516) 742-6590
frankieandgentile@gmail.com